NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DALI WIRELESS INC.,**

*Plaintiff-Appellant*

v.

**CORNING OPTICAL COMMUNICATIONS LLC,**

*Defendant-Appellee*

_____

2023-1249

_____

Appeal from the United States District Court for the Northern District of California in No. 3:20-cv-06469-EMC, Judge Edward M. Chen.

_____

**O R D E R**

The parties having so agreed, it is ordered that:


(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   DALI WIRELESS INC. V. CORNING OPTICAL COMMUNICATIONS
                                                    LLC

(2)  Each side shall bear their own costs.


                            FOR THE COURT

March 27, 2023
    Date                    /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court


**ISSUED AS A MANDATE:** March 27, 2023